UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARGO STOPPING CENTER LLC, and BJORNSON OIL COMPANY, INC., individually and on behalf of a class of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>PEPSICO, INC. and WALMART INC.,<br><br>　　　　　　　Defendants. | Case No. 7:26-cv-01283-CS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant PepsiCo, Inc.

　　　　　　　Laura K. O'Boyle
　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　200 Park Avenue
　　　　　　　New York, NY 10166-0193
　　　　　　　Telephone: (212) 351-2304
　　　　　　　Fax: (212) 351-5304
　　　　　　　Email: LOBoyle@gibsondunn.com

Dated: February 20, 2026　　　　　　　Respectfully submitted,
　　　New York, New York

　　　　　　　**GIBSON, DUNN & CRUTCHER LLP**

　　　　　　　*/s/ Laura K. O'Boyle*
　　　　　　　Laura K. O'Boyle
　　　　　　　200 Park Avenue
　　　　　　　New York, NY 10166-0193
　　　　　　　Telephone: (212) 351-2304
　　　　　　　Fax: (212) 351-5304
　　　　　　　Email: LOBoyle@gibsondunn.com

　　　　　　　*Attorney for Defendant PepsiCo, Inc.*