## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARGO STOPPING CENTER LLC, and BJORNSON OIL COMPANY, INC., individually and on behalf of a class of all others similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>PEPSICO, INC. and WALMART INC.,<br><br>                Defendants. | Case No. 7:26-cv-01283-CS<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Jay P. Srinivasan, hereby move this Court for an Order of admission to practice *pro hac vice* to appear as counsel for Defendant PepsiCo, Inc. in the above-captioned action. I am a member in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3.

Dated:   February 20, 2026             Respectfully Submitted,

                                                         */s/ Jay P. Srinivasan*
                                                         Jay P. Srinivasan
                                                         Gibson, Dunn & Crutcher LLP
                                                         333 South Grand Avenue
                                                         Los Angeles, California 90071-3197
                                                         Tel.: (213) 229-7296
                                                         jsrinivasan@gibsondunn.com

                                                         *Attorney for Defendant PepsiCo, Inc.*