UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARGO STOPPING CENTER LLC, and BJORNSON OIL COMPANY, INC., individually and on behalf of a class of all others similarly situated,<br><br>                      Plaintiffs,<br>v.<br><br>PEPSICO, INC. and WALMART INC.,<br><br>                      Defendants. | Case No. 7:26-cv-01283-CS |

## <u>AFFIDAVIT OF JAY P. SRINIVASAN IN SUPPORT OF</u>
## <u>MOTION FOR ADMISSION PRO HAC VICE</u>

I, Jay P. Srinivasan, being duly sworn, do hereby depose and say as follows:

1. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, located at 333 South Grand Avenue, Los Angeles, CA 90071-3197.

2. I submit this affidavit in support of the Motion for Admission Pro Hac Vice in the above-captioned case.

3. As demonstrated by the certificate of good standing attached hereto as Exhibit A, I am a member in good standing of the bar of the State of California.

4. I have never been convicted of a felony.

5. I have never been censured, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

7. I am familiar with the facts of this case.

8.  I am familiar with the Local Rules of the United States District Court for the Southern District of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Accordingly, I respectfully request that I be permitted to appear as counsel Pro Hac Vice in the above-captioned case.

Dated: February 19, 2026

*[signature]*
Jay P. Srinivasan
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Tel.: (213) 229-7296
jsrinivasan@gibsondunn.com

Subscribed and Sworn to before me this 19th day of February, 2026.

*[signature]*
Notary Public

My Commission Expires: September 23, 2026

GALA R. PEREZ
Notary Public - California
Los Angeles County
Commission # 2417705
My Comm. Expires Sep 23, 2026