UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARGO STOPPING CENTER LLC, and BJORNSON OIL COMPANY, INC., individually and on behalf of a class of all others similarly situated,<br><br>       Plaintiffs,<br>  v.<br><br>PEPSICO, INC. and WALMART INC.,<br><br>       Defendants. | Case No. 7:26-cv-01283-CS<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Jay P. Srinivasan for admission to practice Pro Hac Vice in the above-captioned action is **HEREBY GRANTED**.

Applicant has requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant PepsiCo, Inc. in the above-captioned action.  Applicant has further declared that he is a member in good standing of the bar of the State of California, and that his contact information is as follows:

> Jay P. Srinivasan
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue
> Los Angeles, California 90071-3197
> Tel.: 213.229.7296
> jsrinivasan@gibsondunn.com

Accordingly, **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  _____                 _____

                                             United States District Judge